AO 442 (Rev. 11/11) Arrest Warrant

U.S. MARSHAL - DC
RECEIVED FEB 8 24 PM4:17

# UNITED STATES DISTRICT COURT

for the

District of Columbia

10230394

United States of America

v.

DARTANYAN RICARDO HAWKINS,
also known as "Shitty,"

*Defendant*

)
)
)
)
)
)

Case: 1:23-cr-00379
Assigned To : Jackson, Amy B.
Assign. Date : 2/8/2024
Description: Superseding Indictment (B)
Related Case: 23-379 (ABJ)

## ARREST WARRANT

To:      Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay
*(name of person to be arrested)*      DARTANYAN RICARDO HAWKINS, also known as "Shitty,"
who is accused of an offense or violation based on the following document filed with the court:

☐ Indictment      ☑ Superseding Indictment      ☐ Information      ☐ Superseding Information      ☐ Complaint

☐ Probation Violation Petition      ☐ Supervised Release Violation Petition      ☐ Violation Notice      ☐ Order of the Court

This offense is briefly described as follows:

21 US.C. § 846 (Conspiracy to Distribute 100 Kilograms or More of Marijuana and a Detectable Amount of Oxycodone)

18 U.S.C. § 924(o) (Conspiracy to Discharge, Brandish, Use, Carry, and Possess Firearms, Including Machineguns,
During, in Relation to, and in Furtherance of Drug Trafficking).

2024.02.08
14:51:25
-05'00'

Date:      02/08/2024

*Issuing officer's signature*

City and state:      Washington, DC

G. Michael Harvey, U.S. Magistrate Judge
*Printed name and title*

### Return

This warrant was received on *(date)* 2/8/24 , and the person was arrested on *(date)* 4/9/24
at *(city and state)* WASHINGTON, DC .

Date: 4/9/24

*Arresting officer's signature*

JOSHUA ROTHMAN, SPECIAL AGENT
*Printed name and title*